IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS KYEM,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**MERAKEY USA, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 2:19-cv-05577-KSM** |

## ORDER

**AND NOW**, this 30th day of April, 2021, upon consideration of Plaintiff's Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) (Doc. No. 24) and the parties' subsequent briefing and oral arguments, and for the reasons stated in the accompanying memorandum, it is **ORDERED** that Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Court **CONDITIONALLY CERTIFIES** the following FLSA collective:

    All persons presently or formerly employed by Defendants Merakey USA and/or Merakey Children's Services in the positions of Behavioral Specialist Consultant or Licensed Behavioral Specialist Consultant who were paid on an hourly basis and who were paid for at least thirty-two hours of work in two or more workweeks during the past three years.

2. The parties shall meet and confer regarding an amended notice to the collective, which they shall jointly propose to the Court on or before **May 5, 2021**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.