IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS KYEM,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**MERAKEY USA, et al.**,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 2:19-cv-05577-KSM** |

## ORDER

**AND NOW**, this 11th day of February, 2022, upon consideration of Plaintiffs' Unopposed Motion for an Order Approving the Settlement Agreement and Granting a Service Award (Doc. No. 50) and Plaintiffs' Unopposed Motion for an Order Awarding Attorneys' Fees and Reimbursement of Expenses (Doc. No. 51), and following a hearing on February 2, 2022, it is hereby **ORDERED** that Plaintiff's Motions (Doc. Nos. 50 & 51) are **GRANTED** as follows:

1. The Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

2. The Court approves the payment to class counsel of $41,871.63 to cover attorneys' fees and expenses, which the Court finds are fair and reasonable attorneys' fees and expenses incurred in the prosecution of this action based on the Court's independent analysis and consideration of the factors set forth in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000).

3. The Court awards $3000 as an incentive award to Francis Kyem for his service as Named Plaintiff.

2

4. This matter is **DISMISSED WITH PREJUDICE**. The Court will maintain jurisdiction over the enforcement of the settlement.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

2